IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00175-AP

MARIO MARTINEZ-TORRES,

       Plaintiff,

   v.

JO ANNE B. BARNHART, Commissioner of Social Security

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

    For Plaintiff:
    Michael A. Desaulniers
    Law Office of Michael W. Seckar, P.C.
    402 W. 12th Street
    Pueblo, CO 81003
    (719) 543-8636
    (719) 543-8403 (fax)
    E-mail:  seckarlaw@mindspring.com

    For Defendant:
    Teresa H. Abbott
    Special Assistant United States Attorney

    *Mailing Address:*
    *1961 Stout Street, Suite 1001A*
    *Denver, Colorado  80294*
    E-mail: Teresa.Abbott@ssa.gov

    *Street Address:*
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0404 (fax)

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.  Date Complaint Was Filed:**  February 1, 2006

    **B.  Date Complaint Was Served on U.S. Attorney's Office:**  March 9, 2006

    **C.  Date Answer and Administrative Record Were Filed**:  May 8, 2006

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Defendant states that the record is complete.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

Defendant states there is no additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Defendant states that this case raises no unusual claims or defenses.

**7.  OTHER MATTERS**

None.

**8.  PROPOSED BRIEFING SCHEDULE**

    **A.  Plaintiff's Opening Brief Due:**  July 7, 2006

    **B.  Defendant's Response Brief Due:**  August 7, 2006

    **C.  Plaintiff's Reply Brief (If Any) Due:**  August 22, 2006

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:**

    B.    **Defendant's Statement:**  Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 23rd day of May, 2006.

                              BY THE COURT:

                              S/John L. Kane
                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Michael A. Desaulniers<br>MICHAEL A. DESAULNIERS<br>Law Office of Michael W. Seckar, P.C.<br>402 W. 12th Street<br>Pueblo, CO 81003<br>(719) 543-8636<br>seckarlaw@mindspring.com<br><br>Attorney for Plaintiff | WILLIAM J. LEONE<br>UNITED STATES ATTORNEY<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br><br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/ Teresa H. Abbott<br>By: Teresa H. Abbott<br>Special Assistant U.S. Attorney<br>teresa.abbott@ssa.gov<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado 80294<br><br>*Street Address:*<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br><br>Attorney for Defendant |