IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-175-AP**

**MARIO MARTINEZ-TORRES,**

Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

Defendant's Unopposed Motion to Amend Briefing Schedule (doc. #12), filed June 26, 2006, is **GRANTED.**  Plaintiff's Opening Brief is due August 7, 2006; Defendant's Response Brief is due September 6, 2006; Plaintiff's Reply Brief is due September 21, 2006.

---

Dated:  June 26, 2006